UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CRIMINAL ACTION NO. 5:02CR12 |
| JORDAN LEE | § | |

**ORDER**

Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for Assignment of Duties to United States Magistrate Judges, the above-entitled and numbered criminal action was referred to the Honorable Caroline M. Craven. The Court, after considering the witnesses, documentary evidence, and arguments of counsel,[1] finds that probable cause has been established in the above-entitled and numbered criminal action.

**IT IS SO ORDERED**.

**SIGNED** this 31st day of October, 2007.

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court conducted a hearing on October 31, 2007.